**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH NEALE, JR )
)
)
)
Plaintiff, )          CASE NO **CV 08 : 0755**
)
v. )
ROBERT HOREL, WARDEN, PBSP )          PRISONER'S
TIMOTHY McCARTHY, DIRECTOR OF )          IN FORMA PAUPERIS
MENTAL HEALTH, PBSP )          APPLICATION
CDCR          Defendant. )
) **MHP**

**E-filing**

**(PR)**

I, _JOSEPH NEALE, JR_, declare under penalty of perjury
that I am the plaintiff in the above entitled case and that the
information I offer throughout this application is true and correct.
I offer this application in support of my request to proceed without
being required to prepay the full amount of fees, costs or give
security.  I state that because of my poverty I am unable to pay the
costs of this action or give security, and that I believe that I am
entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes __X__  No _____

If your answer is "yes," state both your gross and net salary or wages
per month, and give the name and address of your employer:

Gross: _____ZERO_____          Net: _____ZERO_____ .

Employer: __CSP-COR, CDCR  (NON-PAY POSITION)__

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received.  (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

_N/A_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or           Yes _____ No _X_
   self employment
b. Income from stocks, bonds,        Yes _____ No _X_
   or royalties?
c. Rent payments?                    Yes _____ No _X_
d. Pensions, annuities, or           Yes _____ No _X_
   life insurance payments?
e. Federal or State welfare payments, Yes _____ No _X_
   Social Security or other govern-
   ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes _____ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ NONE _____

_____

5. Do you own or are you buying a home?    Yes _____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No __X__

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?   Yes _____ No __X__   Amount:  $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes _____ No __X__

_____

8.    What are your monthly expenses?

Rent:   $ _____,00_____    Utilities:  _____,00_____

Food:   $ _____,00_____    Clothing:  _____,00_____

Charge Accounts:

|                     |                 | Total Owed On    |
| Name of Account     | Monthly Payment | This Account     |
| _____NONE_____      | $ _____  | $ _____   |
| _____     | $ _____  | $ _____   |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

_____NONE_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__1/14/08__                    _____
     DATE                          SIGNATURE OF APPLICANT

Case Number:_____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of

the prisoner's trust account statement showing transactions of

_Joseph Neale_____  for the last six months at
[prisoner name]

_CSP-Corcoran_____  where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this

prisoner's account for the most recent 6-month period were $ _0_  and

the average balance in the prisoner's account each month for the most

recent 6-month period was $ _0_ .

Dated: _1/16/08_

_O. Dens  ACII_
Authorized officer of the institution

```
REPORT ID: TS3030  .701                          REPORT DATE: 01/16/08
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 16, 2008

ACCOUNT NUMBER : T08899                  BED/CELL NUMBER: 3B0200000000120L
ACCOUNT NAME   : NEALE, JOSEPH LOUIS            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                        TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
------------- ----------- ------------ -------------- ----------- --------------
    0.00        0.00        0.00         0.00        0.00          0.00
------------- ----------- ------------ -------------- ----------- --------------

                                    CURRENT
                                   AVAILABLE
                                    BALANCE
                                  --------------
                                      0.00
                                  --------------
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 1/16/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE