| | |
|---|---|
| **RECEIVED** | |
| **FILED** MAR - 7 2008 | JOSEPH NEALE, JR T08899 |
| MAR X 7 2008 | CSP-CORCORAN |
| RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | 3B03-143L |
| CLERK OF THE COURT | P.O. BOX 3466 |
| U.S. DISTRICT COURT | CORCORAN, CA 93212-3466 |
| NORTHERN DISTRICT OF CA | MARCH 3, 2008 |
| 450 GOLDEN GATE AVENUE | |
| P.O. BOX 36060 | C08-0755 MHP |
| SAN FRANCISCO, CA 94102 | |

HOTEP (PEACE) COURT CLERK:

I AM A PRISONER AT CSP-CORCORAN. ON JANUARY 23, 2008 I FILED A COMPLAINT WITH THE COURT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983. THE ORIGINAL COMPLAINT WAS ACCOMPANIED BY AN IN FORMA PAUPERIS APPLICATION. THEREFORE, IT WAS MAILED OUT VIA COUNSELOR DIAZ.

AS OF THE DATE OF THIS CORRESPONDENCE, I HAVE NOT RECEIVED CONFIRMATION FROM THE COURT THAT MY COMPLAINT WAS RECEIVED. PLEASE CONFIRM THE STATUS OF MY COMPLAINT AND MY IN FORMA PAUPERIS APPLICATION. THANK YOU. RESPECTFULLY,

HETEPU (PEACE BE UNTO YOU),

*[signature]*

JOSEPH LOUIS NEALE, JR.

JOSEPH NEALE, JR
T08899
CSP-CORCORAN
0803-143L
CO. BOX 3466
CORCORAN, CA
93212-3466

LEGAL MAIL

CLERK OF THE COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA
450 GOLDEN GATE AVENUE
P.O. BOX 36060
SAN FRANCISCO, CA 94102

CORCORAN STATE PRISON



Hasler

046H2650418S
Mailed From 93212
03/05/2008
$00.41⁰
US POSTAGE

**QUALITY PARK**
11117



100% PCC